# INGA L. PARSONS, ESQ.

| | | |
|---|---|---|
| Admitted to MA NY WY<br>Federal Court<br>U.S. Supreme Court | Attorney at Law<br>3 Bessom St. No. 234<br>Marblehead, MA 01945 | Tel: 781-581-2262<br>Fax: 781-842-1430<br>Inga@IngaParsonsLaw.com |

BY ECF

August 9, 2021

Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *USA v. Ullmann*, 21 MJ 7540

Dear Judge Lehrburger:

I am appointed counsel for Mr. Ullmann. Bail was set for Mr. Ullmann on Thursday August 4, 2021 which had standard conditions including travel restrictions to the Southern and Eastern Districts of New York.

I write this letter to request that Mr. Ullmann's bail conditions be amended to permit him to travel to include the District of Maryland and all points between the Southern District of New York and the District of Maryland to permit him to visit his daughter who attends college in Maryland. This is especially important as he and his wife take Kosher food to their daughter every three weeks or so. Mr. Ullmann will advise pretrial when he intends to travel and when he returns.

Pretrial Services has no objection nor does the government by Thayne Rehn.

Respectfully,

/s/ *Inga L. Parsons*

Inga L. Parsons

Cc:   ECF filing all counsel of record

SO ORDERED:

Barbara Moses
United States Magistrate Judge

8/12/21